KURT A. DIDIER
X-9174
12/11/2017

**FILED**
DEC 1 1 2017
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISCTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **17MJ4682** |
| Plaintiff, ) | |
| ) | **COMPLAINT FOR VIOLATION OF** |
| v. ) | |
| ) | Title 8, U.S.C., Section |
| Itzel TREJO-Garfias, ) | 1324(a)(2)(B)(ii)- |
| ) | Bringing in Unlawful Alien(s) for |
| Defendant. ) | Financial Gain |
| ) | |

The undersigned complainant being duly sworn states:

On or about December 8, 2017, within the Southern District of California, Defendant, Itzel TREJO-Garfias, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, Jiapin YAN, Wenjie LU and Xingren CHEN, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGANTURE OF COMPLAINANT
Victor Renteria, CBP Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 11th day of December 2017.

_____
KAREN S. CRAWFORD
UNITED STATES MAGISTRATE JUDGE


12/8

## PROBABLE CAUSE STATEMENT

I, United States Customs and Border Protection Officer Victoria Guzman, declare under penalty of perjury the following to be true and correct:

The complainant states that Jiapin YAN (MW1), Wenjie LU (MW2) and Xingren CHEN (MW3), are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On December 8, 2017 at approximately 7:54 A.M., Itzel TREJO-Garfias (Defendant), a Mexican citizen, made application for admission into the United States from Mexico at the San Ysidro Port of Entry through the Secure Electronic Network for Travelers Inspection (SENTRI) dedicated commuter lane as the driver and sole visible occupant of a Dodge Avenger. Defendant presented herself for inspection before a Customs and Border Protection Officer (CBP Officer), presented a SENTRI card and declared she was bringing nothing from Mexico. The CBP Officer conducted a cursory inspection of the vehicle and discovered individuals concealed in the trunk. Defendant was secured and escorted to secondary inspection along with the vehicle.

In secondary, responding CBP Officers assisted and removed three individuals from the trunk of the vehicle. The individuals, later identified as Jiapin YAN (MW1),Wenjie LU (MW2), Xingren CHEN (MW3), were found to be Chinese citizens without lawful documents to enter the United States and were held as Material Witnesses.

During a videotaped interview, Defendant was advised of her rights per Miranda. Defendant acknowledged her rights and elected to answer questions without the benefit of counsel. Defendant admitted she agreed to smuggle in her vehicle utilizing the SENTRI lane. Defendant admitted she was to leave her vehicle with the keys inside at a shopping center in Chula Vista, California where an unknown person or persons would pick up her vehicle while she shopped. Defendant stated if successful she would return to Mexico to collect a check for an unknown amount.

Probable Cause Statement continued on page 2...

Continuation of Probable Cause Statement...
RE: U.S. v. Itzel TREJO-Garfias (Defendant)

During a video recorded interview, Material Witnesses admitted they are citizens of China without lawful documents to enter or reside in the United States. Material Witnesses stated they were going to pay smuggling fees ranging from $10,000 to $60,000 dollars if they successfully entered the United States. The Material Witnesses states they intended to travel to New York and Los Angeles, California to live and seek employment.

Executed on this 8th day of December, 2017 at 7:00 P.M.

_____
Victoria Guzman/CBP Enforcement Officer

On the basis of the facts presented in the Probable Cause Statement consisting of (2) pages, I find probable cause to believe that the Defendant named therein committed the offense on December 8, 2017 in violation of Title 8, United States Code, Section 1324.

_____
MAGISTRATE JUDGE

10:36 AM, Dec 9, 2017
DATE / TIME